UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CENTRAL LABORERS PENSION FUND,** et al., | ) ) ) | |
| **Plaintiff(s),** | ) ) | |
| vs. | ) ) | No.   04-417 DRH |
| **TAXMAN RETAINING WALLS, INC.,** | ) ) | |
| **Defendant(s).** | ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   23rd   day of   June  , 2005.

/s/    David RHerndon
**UNITED STATES DISTRICT JUDGE**