IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. **04-417-DRH** ) |
| **TAXMAN RETAINING WALLS, INC.,** | ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge**:

Upon consideration and for good cause shown, plaintiffs' Motion to Withdraw Motion for Sanctions and/or Contempt **(Doc. 43)** is **GRANTED**.

Plaintiffs' Motion for Sanctions and/or Contempt **(Doc. 41)** is **DENIED as MOOT**.

**IT IS SO ORDERED.**

**DATED: March 3, 2008.**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **UNITED STATES MAGISTRATE JUDGE**